**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

LORAREDA GAY MILLER PRICE,

       Plaintiff,

v.                                    CIVIL ACTION NO.: 2:17-cv-02326

CODY ALLEN GIBSON, STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY,
a foreign corporation, and
KATHLEEN S. SAVASTANO,

       Defendants.

### STIPULATION AND ORDER OF DISMISSAL OF KATHLEEN S. SAVASTANO

       This day came the plaintiff, by counsel, and the
defendant, Kathleen S. Savastano, by counsel, whereupon the
plaintiff showed unto the Court that she no longer wished to
continue with prosecution of her action against defendant
Kathleen S. Savastano.  The plaintiff moved to dismiss her
complaint against Kathleen S. Savastano, with prejudice.
Kathleen S. Savastano had no objection to the dismissal of the
complaint of plaintiff against her, with prejudice.

       The Court finds, pursuant to Rule of Civil Procedure
41(a)(2), that as the plaintiff no longer wishes to prosecute her
action against defendant Kathleen S. Savastano that it is proper
to dismiss the complaint of the plaintiff against Kathleen S.
Savastano, with prejudice, to the plaintiff.  Therefore it is
hereby **ORDERED** that the complaint of the plaintiff against
Kathleen S. Savastano, only, be, and the same is, hereby



**DISMISSED**, with prejudice.

Entered this ___2nd___ day of ___October___, 2017.


_____
John T. Copenhaver, Jr.
United States District Judge


Prepared by:


s/R. Carter Elkins
R. Carter Elkins
W. Va. State Bar I.D. 1116

Elkins Ray, PLLC
Post Office Box 730
Huntington, West Virginia  25719
(304) 522-2015
Counsel for Defendants
relkins@elkinsray.com


Approved by:


s/Brent. K. Kesner
Brent K. Kesner
W. Va. State Bar I.D. 2022

Kesner & Kesner, PLLC
Post Office Box 2587
Charleston, West Virginia 25329
(304) 345-5200
Counsel for Plaintiff
bkesner@kesnerlaw.com