IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

LORAREDA GAY MILLER PRICE,

    Plaintiff,

v.                                    CIVIL ACTION NO.: 2:17-cv-02326

CODY ALLEN GIBSON, STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY,
a foreign corporation, and
KATHLEEN S. SAVASTANO,

    Defendants.

### FULL AND FINAL ORDER OF DISMISSAL

This day came the plaintiff, by counsel, and came the defendant, State Farm Mutual Automobile Insurance Company, by counsel, and announced that all matters in difference and in controversy between the parties had been compromised, settled and agreed. The parties jointly moved the Court to dismiss this action, with prejudice, as compromised, settled and agreed. The parties also represented to the Court that Cody Allen Gibson was a nominal defendant, named for the purpose of plaintiff's claim for underinsured motorist coverage, and that plaintiff's complaint against him also should be dismissed.

The Court finding that all matters in difference and in controversy between plaintiff and State Farm Mutual Automobile Insurance Company been compromised, settled and agreed, and that Cody Allen Gibson was a nominal defendant against whom no relief was sought, it is hereby **ORDERED** that the parties' Motion to

Dismiss be, and the same is, hereby **GRANTED**. The Court notes that with the prior dismissal of plaintiff's complaint against Kathleen S. Savastano this compromise, settlement and agreement concludes the action.

It is hereby **ORDERED** that this matter be, and the same is, hereby **DISMISSED** in its entirety, with prejudice, as compromised, settled and agreed.

Entered this 3rd day of November, 2017.

_____
John T. Copenhaver, Jr.
United States District Judge

Prepared by:

s/R. Carter Elkins
R. Carter Elkins
W. Va. State Bar I.D. 1116

Elkins Ray, PLLC
Post Office Box 730
Huntington, West Virginia  25719
(304) 522-2015
Counsel for Defendants
relkins@elkinsray.com

2

Approved by:

s/Brent. K. Kesner
Brent K. Kesner
W. Va. State Bar I.D. 2022

Kesner & Kesner, PLLC
Post Office Box 2587
Charleston, West Virginia 25329
(304) 345-5200
Counsel for Plaintiff
bkesner@kesnerlaw.com